UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Eastern Division

Mary Beth Nick
                        Plaintiff,

v.                                                          Case No.: 1:21−cv−06274
                                                               Honorable Ronald A. Guzman

Medtronic, Inc., et al.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, February 21, 2023:

      MINUTE entry before the Honorable Ronald A. Guzman: Defendants removed this case to federal court nearly 15 months ago, on 11/22/2021. A week later, they filed a motion to dismiss the complaint. Plaintiff sought and received three lengthy extensions of time to respond to the motion. In its order granting plaintiff the third extension, the Court noted that it was extending the response deadline "one last time" and the third extension would be the final one. The Court also warned plaintiff that if she did not respond to defendants' motion to dismiss by 2/17/2023, the Court might dismiss this action for failure to prosecute and failure to comply with a court order. Plaintiff failed to respond to the motion by 2/17/2023, and there has been no progress in these proceedings. Accordingly, this action is dismissed for failure to prosecute and failure to comply with a court order. All pending motions and schedules in this case are stricken. Civil case terminated. Mailed notice. (kp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.