ILND 450 (Rev. 04/29/2016) Judgment in a Civil Action

## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

Mary Beth Nick,

Plaintiff(s),

v.

Medtronic, Inc. et al,

Defendant(s).

Case No.  21-cv-06274
Judge Ronald A. Guzmán

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐        in favor of plaintiff(s)
and against defendant(s)
in the amount of $           ,

which ☐ includes        pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐        in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

---

☒        other: Defendants removed this case to federal court nearly 15 months ago, on 11/22/2021. A week later, they filed a motion to dismiss the complaint. Plaintiff sought and received three lengthy extensions of time to respond to the motion. In its order granting plaintiff the third extension, the Court noted that it was extending the response deadline "one last time" and the third extension would be the final one. The Court also warned plaintiff that if she did not respond to defendants' motion to dismiss by 2/17/2023, the Court might dismiss this action for failure to prosecute and failure to comply with a court order. Plaintiff failed to respond to the motion by 2/17/2023, and there has been no progress in these proceedings. Accordingly, this action is dismissed for failure to prosecute and failure to comply with a court order. All pending motions and schedules in this case are stricken. Civil case terminated.

---

This action was *(check one)*:

☐ tried by a jury with Judge         presiding, and the jury has rendered a verdict.
☐ tried by Judge        without a jury and the above decision was reached.
☐ decided by Judge Guzman on a motion.

Date:   2/21/2023                                    Thomas G. Bruton, Clerk of Court

                                                     Kerwin Posley, Deputy Clerk